IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LAURA KARINA GONZALEZ, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:24-CV-209-BR |
| PILOT TRAVEL CENTERS, LLC, | § § § | |
| Defendant. | § | |

### JUDGMENT DISMISSING CLAIMS WITHOUT PREJUDICE

In accordance with Federal Rules of Civil Procedure 41(b), 58, and the Court's Order issued April 22, 2025, (ECF 43), it is ORDERED, ADJUDGED, and DECREED that the claims of Plaintiffs Laura Karina Gonzalez and Valerie Leslie Alonso, Individually and as Next Friend of V.G., a Minor against Defendant Pilot Travel Centers, LLC are DISMISSED without prejudice.

IT IS SO ORDERED.

ENTERED April 22, 2025.

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE